UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the MICHIGAN CARPENTERS
PENSION FUND, Trustees of the
MICHIGAN CARPENTERS' HEALTH
CARE FUND, Trustees of the MICHIGAN
STATEWIDE CARPENTERS AND
MILLWRIGHTS JOINT APPRENTICESHIP
AND TRAINING FUND and Trustees of the
MICHIGAN REGIONAL COUNCIL OF
CARPENTERS' ANNUITY FUND,

              Plaintiffs,

                                  Case No. 1:26-cv-01148
v.                              Hon. Paul L. Maloney

GOTTSTEIN CORPORATION,

              Defendant.

_____

## DEFAULT JUDGMENT

Based upon Plaintiffs' Motion for Default Judgment Against Defendant Gottstein Corporation with Brief and Declaration filed in support thereof; and the pleadings previously filed in this matter; the Court, being fully apprized in the premises, has concluded that Plaintiffs are entitled to entry of a default judgment against Defendant Gottstein Corporation for the relief prayed for in their Complaint.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

A.     That Defendant Gottstein Construction is bound to pay contributions to

1

Plaintiffs as alleged in Plaintiffs' Complaint.

B.      That Plaintiffs shall have and recover Judgment from defendant Gottstein Corporation in the amount of $152,430.74, consisting of $99,961.29 in unpaid contributions; $1,022.00 in cost of audit; $408.00 in the costs of litigation; $24,844.60 in interest, $24,844.60 in additional interest, and $1,620.00 in attorneys' fees and that Plaintiffs shall have the right of immediate execution therefor;

C.      That post-judgment interest will accrue on the amount set forth in paragraph 2 as provided for in 28 U.S.C. §1961, and Plaintiffs shall have the right of execution therefor.

D.      That this Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Default Judgment.


Dated: July 16, 2026                          /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge

2